United States Bankruptcy Court
Eastern District of New York
-------------------------------------------------
In re:   Simon Lee,                                              Chapter 7 Case No.:

                                  Debtor
-------------------------------------------------

## AFFIDAVIT OF DEBTOR

STATE OF NEW YORK)
COUNTY OF BRONX)

    Simon Lee, being duly sworn, deposes and says:

1.    I am the Debtor in the above-entitled Bankruptcy Case.

2.    I have been unemployed within the 60 day period prior to my bankruptcy filing and therefore, I do not have any pay stubs for that period.

                                                               Simon Lee

Sworn to before me on February 28, 2018

_____
Notary Public

DAVID BRODMAN
Notary Public, State of New York
No. 02BR5082056
Qualified in Bronx County
Commission Expires July 21, 2017 2021